FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOLTON,<br><br>             Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, Warden,<br><br>             Respondent. | No. EDCV 08-1469 JST (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 1/22/2012

JOSEPHINE STATON TUCKER
United States District Judge